UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15CR245 HEA |
| ) | |
| JUSTIN PAYNE, ) | |
| ) | |
| Defendant. ) | |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Shirley Padmore Mensah, that Defendant's Motions to Suppress Statements, [Doc. No. 16], be granted and that Defendant's Motion to Sever, [Doc. No. 17], be denied. Neither party has filed any objections to the Order and Recommendation within the prescribed time period.

Judge Mensah thoroughly analyzed the record with regard to Defendant's motions. Judge Mensah's Memorandum, Order and Recommendation discusses the factual details of Defendant's statements and applies the applicable law to the statements. The Recommendation is adopted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions to Suppress Statements, [Doc. No. 16], is granted.

**IT IS FURTHER ORDERED** that Defendant's Motion to Sever, [Doc. No. 17], is denied.

Dated this 23rd day of October, 2015.

_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE